1  **STIP**
   **MATTHEW Q. CALLISTER, ESQ.**
2  Nevada Bar No. 001396
   mqc@call-law.com
3  **CALLISTER + ASSOCIATES, LLC**
   823 Las Vegas Boulevard So., 5th Floor
4  Las Vegas, Nevada 89101
   Phone: (702) 385-3343
5  *Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SIMONE VANDERSALM a/k/a SIMONE NETHERLANDS, an individual, | Case No. 2:11-cv-00389-KJD-PAL |
| Plaintiff, | Dept. No. |
| vs. | |
| UNITED ORGANIZATIONS OF THE HORSE, a Wyoming corporation; UNITED HORSEMEN, a Wyoming corporation; SUE WALLIS, an individual; DOE INDIVIDUALS I through X, inclusive; and ROE CORPORATIONS I through X inclusive | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

   COMES NOW, Plaintiff SIMONE VANDERSALM a/k/a SIMONE NETHERLANDS, by and through her attorney, Matthew Q CALLISTER, Esq., of the law firm of CALLISTER+ ASSOCIATES, LLC, and Defendants UNITED ORGANIZATION OF THE HORSE, UNITED HORSEMEN, and SUE WALLIS, by and through their attorney, CRAIG R. DELK, Esq., and hereby Stipulate, as follows:

   **THE PARTIES HEREBY STIPULATE** that all claims asserted by Plaintiff in this action against Defendants are hereby DISMISSED WITH PREJUDICE;

   **THE PARTIES FURTHER STIPULATE** that each party shall bear their own

///

1 | attorney's fees and costs of suit incurred in this action.

DATED: June 15, 2011     DATED: June 16, 2011.

**CALLISTER + ASSOCIATES, LLC**     **DELK, BALKENBUSH, & EISINGER.**

MATTHEW Q. CALLISTER, ESQ.     CRAIG R. DELK, ESQ.
Nevada Bar No.     Nevada Bar No. 2295
823 Las Vegas Blvd. South     1100 East Bridger
Las Vegas, NV 89101     Las Vegas, NV 89101
*Attorney for Plaintiff*     *Attorney for Defendants*

## ORDER

**WHEREFORE,**

**IT IS HEREBY ORDERED** that all claims between Plaintiff and Defendants are hereby DISMISSED WITH PREJUDICE;

**IT IS FURTHER ORDERED** that each party shall bear their own attorney's fees and costs of suit incurred in this action.

DATED: This 27 day of June, 2011.

_____
**DISTRICT COURT JUDGE**

Respectfully Submitted:

**CALLISTER + ASSOCIATES, LLC**

By: _____
MATTHEW Q. CALLISTER, ESQ
Nevada Bar No. 1396
823 Las Vegas Blvd. So., 5th Floor
Las Vegas, NV 89101
(702) 385-3343
(702) 385-2899—Facsimile